| AO 10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Stahl, Norman H. | 2. Court or Organization<br><br>US Court of Appeals - 1st Circuit | 3. Date of Report<br><br>05/15/2011 |
| 4. Title (Article III judges indicate active or senior status;<br>  *magistrate judges indicate full- or part-time)*<br><br>Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>US Court of Appeals<br>1 Courthouse Way, Suite 8730<br>Boston, Massachusetts 02210 | 8. On the basis of the information contained in this Report and any<br>  modifications pertaining thereto, it is, in my opinion, in compliance<br>  with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. Board Member | Tufts Medical Center Board of Govenors |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Stahl, Norman H.**

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. /09Ashland House Associates | E | Distribution | M | W | | | | | |
| 2. Cmn Stk, Exxon Mobil | A | Dividend | K | T | | | | | |
| 3. Cmn Stk, Pepsico | B | Dividend | K | T | | | | | |
| 4. Cmn Stk, Exxon Mobil | | None | M | T | | | | | |
| 5. Shrs, Europacific Growth Fund - IRA | A | Dividend | L | T | Sold (part) | 12/01/10 | J | C | |
| 6. Shrs, Washington Mutual Investors Fund - IRA | B | Dividend | L | T | Sold (part) | 12/01/10 | J | C | |
| 7. Shrs, Europacific Growth Fund - IRA | B | Dividend | K | T | Sold (part) | 12/01/10 | J | B | |
| 8. Shrs, Washington Mutual Investors Fund - IRA | B | Dividend | K | T | Sold (part) | 12/01/10 | J | B | |
| 9. Ckg Acct, Martha's Vinyard Savings (formerly Cooperative Bk) | A | Interest | J | T | | | | | |
| 10. Massachusetts St Bond 6%, 11/1/10 | A | Interest | | | Sold | 06/24/10 | K | A | |
| 11. Massachusetts Bay Trans Auth Bond 5.5%, 3/11/11 | B | Interest | K | T | | | | | |
| 12. Dighton & Rehoboth MA Bond 4.75%, 5/1/13 | B | Interest | K | T | | | | | |
| 13. Wenham MA Bond 4.9%, 6/1/17 | B | Interest | K | T | | | | | |
| 14. Cmn Stk, Kellogg Co | | None | K | T | | | | | |
| 15. Cmn Stk, Kellogg Co | A | Dividend | K | T | Buy (add'l) | 01/13/10 | J | | |
| 16. MM Acct, Citizens Bank | A | Interest | K | T | | | | | |
| 17. Cmn Stk, Charles Schwab Corp | A | Dividend | K | T | Buy (add'l) | 03/05/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 19. | | | | | Sold (part) | 10/01/10 | J | | |
| 20. | | | | | Sold (part) | 10/05/10 | J | | |
| 21. Cmn Stk, Charles Schwab Corp | A | Dividend | | | Buy (add'l) | 06/04/10 | J | | |
| 22. | | | | | Buy (add'l) | 06/14/10 | J | | |
| 23. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 24. | | | | | Buy (add'l) | 08/09/10 | J | | |
| 25. | | | | | Buy (add'l) | 08/30/10 | J | | |
| 26. | | | | | Sold (part) | 09/21/10 | J | | |
| 27. | | | | | Sold (part) | 09/23/10 | J | | |
| 28. | | | | | Sold (part) | 10/01/10 | J | | |
| 29. | | | | | Sold | 10/05/10 | J | C | |
| 30. Cmn Stk, Pepsico | C | Dividend | L | T | | | | | |
| 31. Cmn Stk, EBAY Inc. | | None | K | T | Buy (add'l) | 01/27/10 | J | | |
| 32. | | | | | Buy (add'l) | 01/28/10 | J | | |
| 33. | | | | | Buy (add'l) | 02/09/10 | J | | |
| 34. | | | | | Buy (add'l) | 04/27/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 05/25/10 | J | | |
| 36. | | | | | Sold (part) | 07/08/10 | J | | |
| 37. | | | | | Sold (part) | 07/14/10 | J | | |
| 38. | | | | | Sold (part) | 07/28/10 | J | | |
| 39. | | | | | Sold (part) | 07/29/10 | J | | |
| 40. | | | | | Sold (part) | 08/16/10 | J | | |
| 41. | | | | | Sold (part) | 08/19/10 | J | | |
| 42. | | | | | Sold (part) | 09/21/10 | J | A | |
| 43. | | | | | Sold (part) | 09/22/10 | J | A | |
| 44. | | | | | Sold (part) | 10/15/10 | J | A | |
| 45. Las Vegas NV GO 5% 4/1/15 Bond | A | Interest | K | T | | | | | |
| 46. Lowell MA GO 5% 12/15/15 Bond | B | Interest | K | T | | | | | |
| 47. Methuen MA GO 5% 10/15/14 Bond | | None | | | Sold | 05/26/10 | K | B | |
| 48. Cmn Stk, Adobe Systems | | None | K | T | Buy (add'l) | 02/04/10 | J | | |
| 49. | | | | | Buy (add'l) | 03/19/10 | J | | |
| 50. | | | | | Buy (add'l) | 04/12/10 | J | | |
| 51. | | | | | Buy (add'l) | 05/05/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/28/10 | J | | |
| 53. | | | | | Buy (add'l) | 10/13/10 | J | | |
| 54.  Cmn Stk, Celgene | | None | | | Sold (part) | 03/03/10 | J | A | |
| 55. | | | | | Sold (part) | 05/11/10 | J | B | |
| 56. | | | | | Sold (part) | 05/12/10 | J | A | |
| 57. | | | | | Sold (part) | 05/14/10 | J | A | |
| 58. | | | | | Sold | 05/19/10 | J | B | |
| 59.  Cmn Stk, Google | | None | K | T | Buy (add'l) | 03/26/10 | J | | |
| 60. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 61.  Restricted Cash Acct, DSM Capital Partners LLC - IRA | A | Interest | O | T | | | | | |
| 62.  Cmn Stk, Adobe Systems - IRA | | None | M | T | Buy (add'l) | 01/27/10 | J | | |
| 63. | | | | | Buy (add'l) | 02/04/10 | J | | |
| 64. | | | | | Buy (add'l) | 03/19/10 | J | | |
| 65. | | | | | Buy (add'l) | 04/06/10 | J | | |
| 66. | | | | | Buy (add'l) | 04/12/10 | J | | |
| 67. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 68. | | | | | Buy (add'l) | 05/04/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/05/10 | J | | |
| 70. | | | | | Buy (add'l) | 06/28/10 | J | | |
| 71. | | | | | Buy (add'l) | 08/24/10 | J | | |
| 72. | | | | | Sold (part) | 09/09/10 | J | | |
| 73. | | | | | Buy (add'l) | 10/08/10 | J | | |
| 74. | | | | | Buy (add'l) | 10/12/10 | J | | |
| 75. | | | | | Buy (add'l) | 11/29/10 | J | | |
| 76. | | | | | Buy (add'l) | 12/16/10 | J | | |
| 77. | | | | | Buy (add'l) | 12/28/10 | J | | |
| 78.  Cmn Stk, Celgene - IRA | | None | | | Sold (part) | 02/18/10 | J | B | |
| 79. | | | | | Sold (part) | 03/03/10 | J | B | |
| 80. | | | | | Sold (part) | 03/17/10 | J | C | |
| 81. | | | | | Sold (part) | 05/11/10 | J | C | |
| 82. | | | | | Sold (part) | 05/12/10 | J | C | |
| 83. | | | | | Sold | 05/14/10 | K | D | |
| 84.  Cmn Stk, Google - IRA | | None | L | T | Buy (add'l) | 03/26/10 | J | | |
| 85. | | | | | Buy (add'l) | 04/27/10 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 87. | | | | | Buy (add'l) | 05/04/10 | J | | |
| 88. | | | | | Buy (add'l) | 05/14/10 | J | | |
| 89. | | | | | Sold (part) | 10/28/10 | J | A | |
| 90. | | | | | Buy (add'l) | 11/29/10 | J | | |
| 91. Restricted Cash Acct, DSM Capital Partners LLC | A | Dividend | N | T | | | | | |
| 92. Massachusetts St Sch Bldg Auth Bond, 5%, 10/15/14 | A | Interest | K | T | | | | | |
| 93. Jefferson Cnty Al Ltd Oblig Bond, 5.25%, 1/1/16 | A | Interest | J | T | | | | | |
| 94. Schwab Cash Reserve | A | Dividend | O | T | | | | | |
| 95. Cmn Stk, Abbot Labs - IRA | A | Dividend | | | Sold (part) | 01/22/10 | K | C | |
| 96. | | | | | Sold | 01/25/10 | K | C | |
| 97. Cmn Stk, Coca-Cola Co - IRA | C | Dividend | L | T | Buy (add'l) | 02/17/10 | K | | |
| 98. | | | | | Buy (add'l) | 03/02/10 | J | | |
| 99. | | | | | Buy (add'l) | 03/03/10 | J | | |
| 100. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 101. | | | | | Sold (part) | 08/24/10 | J | | |
| 102. | | | | | Sold (part) | 08/27/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Buy (add'l) | 10/14/10 | J | | |
| 104. | | | | | Sold (part) | 11/16/10 | J | B | |
| 105. | | | | | Sold (part) | 12/14/10 | J | A | |
| 106. | | | | | Sold (part) | 12/16/10 | J | A | |
| 107. | | | | | Sold (part) | 12/30/10 | J | A | |
| 108. Cmn Stk, Diageo PLC - IRA | B | Dividend | L | T | Buy (add'l) | 02/10/10 | J | | |
| 109. | | | | | Buy (add'l) | 05/10/10 | J | | |
| 110. | | | | | Buy (add'l) | 05/19/10 | J | | |
| 111. | | | | | Sold (part) | 06/30/10 | J | | |
| 112. | | | | | Sold (part) | 07/22/10 | J | | |
| 113. | | | | | Sold (part) | 08/20/10 | J | | |
| 114. | | | | | Sold (part) | 08/23/10 | J | | |
| 115. | | | | | Buy (add'l) | 12/06/10 | J | | |
| 116. | | | | | Buy (add'l) | 12/17/10 | J | | |
| 117. | | | | | Buy (add'l) | 12/20/10 | J | | |
| 118. Cmn Stk, Kellogg Co - IRA | C | Dividend | L | T | Sold (part) | 06/08/10 | J | A | |
| 119. | | | | | Buy (add'l) | 07/27/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Sold (part) | 08/17/10 | J | | |
| 121. | | | | | Sold (part) | 10/01/10 | J | | |
| 122. | | | | | Sold (part) | 10/28/10 | J | | |
| 123. Cmn Stk, McDonalds - IRA | C | Dividend | L | T | Sold (part) | 02/01/10 | J | A | |
| 124. | | | | | Sold (part) | 02/03/10 | J | A | |
| 125. | | | | | Sold (part) | 06/03/10 | J | A | |
| 126. | | | | | Sold (part) | 06/08/10 | J | A | |
| 127. | | | | | Sold (part) | 06/09/10 | J | A | |
| 128. | | | | | Sold (part) | 06/15/10 | J | A | |
| 129. | | | | | Sold (part) | 06/21/10 | J | A | |
| 130. | | | | | Sold (part) | 07/07/10 | J | A | |
| 131. | | | | | Sold (part) | 08/25/10 | J | A | |
| 132. Cmn Stk, Netflix.com - IRA | | None | | | Sold (part) | 02/18/10 | J | C | |
| 133. | | | | | Sold (part) | 03/04/10 | J | D | |
| 134. | | | | | Sold (part) | 03/09/10 | J | B | |
| 135. | | | | | Sold (part) | 03/25/10 | J | D | |
| 136. | | | | | Sold (part) | 03/29/10 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Sold (part) | 03/30/10 | J | A | |
| 138. | | | | | Sold (part) | 04/05/10 | J | C | |
| 139. | | | | | Sold (part) | 04/14/10 | J | C | |
| 140. | | | | | Sold (part) | 04/26/10 | J | C | |
| 141. | | | | | Sold | 05/24/10 | K | D | |
| 142. Cmn Stk, Nestle SA - IRA | B | Dividend | L | T | | | | | |
| 143. Cmn Stk, Scripps Networks Interactive - IRA | A | Dividend | L | T | Sold (part) | 01/07/10 | J | B | |
| 144. | | | | | Sold (part) | 01/11/10 | J | B | |
| 145. | | | | | Sold (part) | 01/20/10 | J | B | |
| 146. | | | | | Buy (add'l) | 02/17/10 | J | | |
| 147. | | | | | Sold (part) | 06/15/10 | J | C | |
| 148. | | | | | Buy (add'l) | 08/24/10 | J | | |
| 149. | | | | | Buy (add'l) | 08/27/10 | J | | |
| 150. | | | | | Sold (part) | 11/02/10 | J | C | |
| 151. | | | | | Sold (part) | 11/04/10 | J | C | |
| 152. | | | | | Sold (part) | 11/17/10 | J | C | |
| 153. Cmn Stk, Charles Schwab Corp - IRA | A | Dividend | | | Sold (part) | 04/07/10 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 06/04/10 | J | | |
| 155. | | | | | Buy (add'l) | 06/14/10 | J | | |
| 156. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 157. | | | | | Buy (add'l) | 08/09/10 | J | | |
| 158. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 159. | | | | | Buy (add'l) | 08/30/10 | J | | |
| 160. | | | | | Sold (part) | 09/21/10 | K | | |
| 161. | | | | | Sold (part) | 09/23/10 | J | | |
| 162. | | | | | Sold | 10/05/10 | K | | |
| 163. Cmn Stk, Time Warner - IRA | C | Dividend | M | T | Buy (add'l) | 01/11/10 | J | | |
| 164. | | | | | Buy (add'l) | 01/27/10 | J | | |
| 165. | | | | | Buy (add'l) | 01/28/10 | J | | |
| 166. | | | | | Buy (add'l) | 02/09/10 | J | | |
| 167. | | | | | Sold (part) | 03/05/10 | J | C | |
| 168. | | | | | Sold (part) | 04/08/10 | J | C | |
| 169. | | | | | Sold (part) | 04/09/10 | J | B | |
| 170. | | | | | Sold (part) | 04/20/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | Sold (part) | 08/27/10 | J | A | |
| 172. | | | | | Buy (add'l) | 10/08/10 | J | | |
| 173. | | | | | Buy (add'l) | 10/12/10 | J | | |
| 174. | | | | | Sold (part) | 10/28/10 | K | D | |
| 175. | | | | | Buy (add'l) | 11/29/10 | J | | |
| 176. Cmn Stk, Wal-Mart Stores - IRA | A | Dividend | | | Buy (add'l) | 04/14/10 | J | | |
| 177. | | | | | Sold (part) | 04/29/10 | K | | |
| 178. | | | | | Sold (part) | 04/30/10 | J | | |
| 179. | | | | | Sold (part) | 05/04/10 | J | | |
| 180. | | | | | Sold (part) | 05/05/10 | J | | |
| 181. | | | | | Sold (part) | 05/18/10 | J | | |
| 182. | | | | | Sold (part) | 06/04/10 | K | | |
| 183. | | | | | Sold | 06/07/10 | K | A | |
| 184. Massachusetts St Dev Fin Bond, 5%, 9/1/19 | A | Interest | K | T | | | | | |
| 185. Cmn Stk, Abbot Labs | A | Dividend | | | Sold (part) | 01/22/10 | J | B | |
| 186. | | | | | Sold | 01/25/10 | J | A | |
| 187. Cmn Stk, Nestle SA | A | Dividend | K | T | Sold (part) | 06/28/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Cmn Stk, Qualcomm | | None | | | Sold<br>(part) | 02/04/10 | J | | |
| 189. | | | | | Sold<br>(part) | 02/11/10 | J | | |
| 190. | | | | | Sold | 02/12/10 | J | | |
| 191. Cmn Stk, Hasbro Inc - IRA | B | Dividend | L | T | Sold<br>(part) | 01/15/10 | J | A | |
| 192. | | | | | Sold<br>(part) | 03/04/10 | J | C | |
| 193. | | | | | Sold<br>(part) | 03/05/10 | J | B | |
| 194. | | | | | Sold<br>(part) | 03/29/10 | J | C | |
| 195. | | | | | Sold<br>(part) | 03/30/10 | J | B | |
| 196. | | | | | Sold<br>(part) | 04/19/10 | J | C | |
| 197. | | | | | Sold<br>(part) | 05/18/10 | J | B | |
| 198. | | | | | Sold<br>(part) | 05/26/10 | J | B | |
| 199. | | | | | Sold<br>(part) | 05/27/10 | J | B | |
| 200. | | | | | Sold<br>(part) | 06/16/10 | J | C | |
| 201. | | | | | Sold<br>(part) | 06/24/10 | J | C | |
| 202. | | | | | Sold<br>(part) | 06/25/10 | J | B | |
| 203. | | | | | Sold<br>(part) | 06/30/10 | J | C | |
| 204. | | | | | Sold<br>(part) | 08/18/10 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 09/13/10 | J | B | |
| 206. | | | | | Sold (part) | 11/02/10 | J | B | |
| 207. Cmn Stk, EBAY Inc - IRA | | None | L | T | Buy (add'l) | 01/27/10 | J | | |
| 208. | | | | | Buy (add'l) | 01/28/10 | J | | |
| 209. | | | | | Buy (add'l) | 02/09/10 | J | | |
| 210. | | | | | Buy (add'l) | 02/15/10 | J | | |
| 211. | | | | | Buy (add'l) | 02/16/10 | J | | |
| 212. | | | | | Sold (part) | 03/17/10 | J | B | |
| 213. | | | | | Sold (part) | 03/25/10 | J | A | |
| 214. | | | | | Buy (add'l) | 04/27/10 | J | | |
| 215. | | | | | Buy (add'l) | 05/07/10 | J | | |
| 216. | | | | | Buy (add'l) | 05/25/10 | J | | |
| 217. | | | | | Sold (part) | 07/08/10 | J | | |
| 218. | | | | | Sold (part) | 07/14/10 | J | | |
| 219. | | | | | Sold (part) | 07/22/10 | J | | |
| 220. | | | | | Sold (part) | 07/27/10 | J | | |
| 221. | | | | | Sold (part) | 07/28/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 07/29/10 | J | | |
| 223. | | | | | Sold (part) | 08/04/10 | J | | |
| 224. | | | | | Sold (part) | 08/16/10 | J | | |
| 225. | | | | | Sold (part) | 08/19/10 | J | | |
| 226. | | | | | Sold (part) | 08/20/10 | J | A | |
| 227. | | | | | Sold (part) | 09/21/10 | J | A | |
| 228. | | | | | Sold (part) | 09/22/10 | J | B | |
| 229. | | | | | Sold (part) | 10/12/10 | J | A | |
| 230. | | | | | Sold (part) | 10/14/10 | J | A | |
| 231. | | | | | Sold (part) | 10/15/10 | J | A | |
| 232. | | | | | Sold (part) | 10/28/10 | J | B | |
| 233. | | | | | Sold (part) | 11/02/10 | J | A | |
| 234. | | | | | Buy (add'l) | 12/29/10 | J | | |
| 235. Cmn Stk, Gilead Sciences Inc - IRA | | None | | | Buy (add'l) | 03/22/10 | J | | |
| 236. | | | | | Sold (part) | 04/22/10 | K | | |
| 237. | | | | | Sold (part) | 04/23/10 | J | | |
| 238. | | | | | Sold | 04/27/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Cmn Stk, Qualcomm Inc - IRA | A | Dividend | | | Sold (part) | 02/04/10 | K | | |
| 240. | | | | | Sold (part) | 02/10/10 | J | | |
| 241. | | | | | Sold (part) | 02/11/10 | J | | |
| 242. | | | | | Sold | 02/12/10 | K | | |
| 243. Cmn Stk, Weight Watchers - IRA | A | Dividend | | | Buy (add'l) | 01/26/10 | J | | |
| 244. | | | | | Sold (part) | 02/26/10 | J | | |
| 245. | | | | | Sold (part) | 03/16/10 | J | | |
| 246. | | | | | Sold (part) | 03/18/10 | J | | |
| 247. | | | | | Sold (part) | 03/19/10 | K | | |
| 248. | | | | | Sold | 03/22/10 | J | | |
| 249. Cmn Stk, Unilever - IRA | C | Dividend | M | T | Buy (add'l) | 01/12/10 | J | | |
| 250. | | | | | Buy (add'l) | 02/10/10 | J | | |
| 251. | | | | | Buy (add'l) | 04/20/10 | J | | |
| 252. | | | | | Buy (add'l) | 05/03/10 | J | | |
| 253. | | | | | Buy (add'l) | 05/10/10 | J | | |
| 254. | | | | | Buy (add'l) | 05/17/10 | J | | |
| 255. | | | | | Buy (add'l) | 05/19/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 07/22/10 | J | | |
| 257. | | | | | Buy (add'l) | 10/22/10 | J | | |
| 258. | | | | | Buy (add'l) | 11/29/10 | J | | |
| 259. | | | | | Buy (add'l) | 12/03/10 | J | | |
| 260. Cmn Stk, Sherwin-Williams Co. - IRA | A | Dividend | | | Buy (add'l) | 03/19/10 | J | | |
| 261. | | | | | Sold (part) | 05/07/10 | K | B | |
| 262. | | | | | Sold (part) | 06/01/10 | J | B | |
| 263. | | | | | Sold (part) | 06/08/10 | J | B | |
| 264. | | | | | Sold (part) | 06/23/10 | J | C | |
| 265. | | | | | Sold | 06/24/10 | K | C | |
| 266. Cmn Stk, Costco Wholesale Corp - IRA | A | Dividend | K | T | Buy (add'l) | 04/13/10 | J | | |
| 267. | | | | | Buy (add'l) | 04/15/10 | J | | |
| 268. | | | | | Buy (add'l) | 04/20/10 | J | | |
| 269. | | | | | Buy (add'l) | 04/26/10 | J | | |
| 270. | | | | | Sold (part) | 11/17/10 | K | D | |
| 271. | | | | | Sold (part) | 12/09/10 | J | C | |
| 272. Cmn Stk, Gartner Inc - IRA | | None | | | Sold (part) | 02/17/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 03/04/10 | J | A | |
| 274. | | | | | Sold (part) | 10/29/10 | J | D | |
| 275. | | | | | Sold (part) | 11/10/10 | J | C | |
| 276. | | | | | Sold (part) | 11/30/10 | J | C | |
| 277. | | | | | Sold (part) | 12/01/10 | J | B | |
| 278. | | | | | Sold (part) | 12/07/10 | J | C | |
| 279. | | | | | Sold (part) | 12/08/10 | J | B | |
| 280. | | | | | Sold | 12/13/10 | J | C | |
| 281. Cmn Stk, McCormick Co Inc - IRA | A | Dividend | | | Sold (part) | 04/12/10 | J | A | |
| 282. | | | | | Sold (part) | 04/13/10 | J | B | |
| 283. | | | | | Sold | 04/15/10 | K | C | |
| 284. Cmn Stk, Alcon Inc - IRA | | None | | | Sold (part) | 01/05/10 | J | C | |
| 285. | | | | | Sold | 01/06/10 | K | D | |
| 286. Billerica Mass Bond 2.5%, 11/01/10 | A | Interest | | | Sold | 06/24/10 | K | | |
| 287. Town of Braintree MA 5%, 05/15/19 | A | Interest | K | T | | | | | |
| 288. Houston Tex ARPT Sys Rev 5%, 07/01/21 | A | Interest | K | T | | | | | |
| 289. Massachusetts St Wtr 5 %, 08/01/21 | A | Interest | K | T | | | | | |

1. Income Gain Codes:       A =$1,000 or less         B =$1,001 - $2,500         C =$2,501 - $5,000         D =$5,001 - $15,000         E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000     G =$100,001 - $1,000,000   I1 =$1,000,001 - $5,000,000   I2 =More than $5,000,000
2. Value Codes              J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)           U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  Cmn Stk, Alcon Inc | | None | | | Sold (part) | 01/05/10 | J | B | |
| 291. | | | | | Sold | 01/06/10 | J | B | |
| 292.  Cmn Stk, Coca Cola Company | A | Dividend | K | T | Buy (add'l) | 02/18/10 | J | | |
| 293. | | | | | Buy (add'l) | 03/03/10 | J | | |
| 294. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 295. | | | | | Sold (part) | 08/27/10 | J | A | |
| 296. | | | | | Sold (part) | 12/14/10 | J | A | |
| 297.  Cmn Stk, Costco Wholesale Corp | A | Dividend | J | T | Sold (part) | 12/09/10 | J | B | |
| 298.  Cmn Stk, Diageo PLC | A | Dividend | K | T | Buy (add'l) | 05/19/10 | J | | |
| 299. | | | | | Sold (part) | 07/22/10 | J | A | |
| 300. | | | | | Sold (part) | 08/23/10 | J | A | |
| 301. | | | | | Buy (add'l) | 12/17/10 | J | | |
| 302.  Cmn Stk, Gartner Inc | | None | K | T | | | | | |
| 303.  Cmn Stk, Gilead Sciences Inc | | None | | | Buy (add'l) | 03/22/10 | J | | |
| 304. | | | | | Sold (part) | 04/22/10 | J | | |
| 305. | | | | | Sold (part) | 04/23/10 | J | | |
| 306. | | | | | Sold | 04/27/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Cmn Stk, Hasbro Inc | A | Dividend | K | T | Sold (part) | 03/04/10 | J | A | |
| 308. | | | | | Sold (part) | 03/29/10 | J | B | |
| 309. | | | | | Sold (part) | 06/21/10 | J | B | |
| 310. | | | | | Sold (part) | 06/24/10 | J | B | |
| 311. | | | | | Sold (part) | 06/25/10 | J | A | |
| 312. | | | | | Sold (part) | 06/30/10 | J | A | |
| 313. | | | | | Sold (part) | 11/03/10 | J | B | |
| 314. Cmn Stk, McCormick & Co Inc | A | Dividend | | | Sold (part) | 04/13/10 | J | A | |
| 315. | | | | | Sold | 04/15/10 | J | B | |
| 316. Cmn Stk, McDonalds Corp | B | Dividend | K | T | Sold (part) | 02/01/10 | J | A | |
| 317. | | | | | Sold (part) | 06/08/10 | J | A | |
| 318. | | | | | Sold (part) | 06/15/10 | J | A | |
| 319. | | | | | Sold (part) | 07/07/10 | J | A | |
| 320. Cmn Stk, Netflix Inc | | None | | | Sold (part) | 02/18/10 | J | B | |
| 321. | | | | | Sold (part) | 03/09/10 | J | B | |
| 322. | | | | | Sold (part) | 03/30/10 | J | C | |
| 323. | | | | | Sold (part) | 05/11/10 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. | | | | | Sold (part) | 05/13/10 | J | B | |
| 325. | | | | | Sold | 06/11/10 | J | C | |
| 326. Cmn Stk, Scripps NTWK | A | Dividend | K | T | Sold (part) | 01/11/10 | J | B | |
| 327. | | | | | Buy (add'l) | 08/24/10 | J | | |
| 328. | | | | | Sold (part) | 11/17/10 | J | B | |
| 329. Cmn Stk, Sherwin-Williams Co | A | Dividend | | | Buy (add'l) | 03/19/10 | J | | |
| 330. | | | | | Sold (part) | 05/07/10 | J | A | |
| 331. | | | | | Sold (part) | 06/08/10 | J | B | |
| 332. | | | | | Sold (part) | 06/23/10 | J | A | |
| 333. | | | | | Sold | 06/24/10 | J | B | |
| 334. Cmn Stk, Time Warner Inc | A | Dividend | K | T | Buy (add'l) | 01/11/10 | J | | |
| 335. | | | | | Buy (add'l) | 01/27/10 | J | | |
| 336. | | | | | Buy (add'l) | 02/09/10 | J | | |
| 337. | | | | | Sold (part) | 03/05/10 | J | A | |
| 338. | | | | | Sold (part) | 04/08/10 | J | A | |
| 339. | | | | | Sold (part) | 04/20/10 | J | A | |
| 340. | | | | | Buy (add'l) | 10/21/10 | J | | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 10/28/10 | J | B | |
| 342. | | | | | Buy (add'l) | 11/29/10 | J | | |
| 343. Cmn Stk, Unilever | A | Dividend | K | T | Buy (add'l) | 04/20/10 | J | | |
| 344. | | | | | Buy (add'l) | 05/10/10 | J | | |
| 345. | | | | | Buy (add'l) | 11/29/10 | J | | |
| 346. Cmn Stk, Wal-Mart Stores, Inc | A | Dividend | | | Sold (part) | 04/29/10 | J | A | |
| 347. | | | | | Sold (part) | 04/30/10 | J | A | |
| 348. | | | | | Sold (part) | 05/04/10 | J | A | |
| 349. | | | | | Sold (part) | 05/05/10 | J | A | |
| 350. | | | | | Sold (part) | 05/18/10 | J | A | |
| 351. | | | | | Sold | 06/07/10 | J | A | |
| 352. Cmn Stk , Weight Watchers Intl Inc | A | Dividend | | | Sold (part) | 06/16/10 | J | | |
| 353. | | | | | Sold (part) | 03/18/10 | J | | |
| 354. | | | | | Sold (part) | 03/19/10 | J | | |
| 355. | | | | | Sold | 03/22/10 | J | | |
| 356. MM Acct, HS Mgmt Partners - IRA | A | Int./Div. | J | T | | | | | |
| 357. MM Acct, HS Mgmt Partners | B | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Cmn Stk, Adobe Systems Inc | | None | J | T | Buy | 03/19/10 | J | | |
| 359. | | | | | Buy (add'l) | 05/04/10 | J | | |
| 360. | | | | | Buy (add'l) | 06/28/10 | J | | |
| 361. Cmn Stk, Amaxon.com Inc | | None | J | T | Buy | 03/24/10 | J | | |
| 362. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 363. | | | | | Sold (part) | 11/08/10 | J | A | |
| 364. Cmn Stk, Anheuser-Busch InBev | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 365. | | | | | Buy (add'l) | 03/30/10 | J | | |
| 366. | | | | | Buy (add'l) | 04/29/10 | J | | |
| 367. | | | | | Sold (part) | 11/11/10 | J | A | |
| 368. Cmn Stk, Celgene Corp | | None | | | Buy | 03/30/10 | J | | |
| 369. | | | | | Sold (part) | 05/14/10 | J | | |
| 370. | | | | | Sold | 05/19/10 | J | | |
| 371. Cmn Stk, Coca Cola Company | A | Dividend | J | T | Buy | 03/11/10 | J | | |
| 372. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 373. | | | | | Sold (part) | 09/23/10 | J | A | |
| 374. Cmn Stk, Costco Wholesale Corp | A | Dividend | J | T | Buy | 03/10/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 04/29/10 | J | | |
| 376. Cmn Stk, Darden Restaurants Inc | A | Dividend | | | Buy | 03/19/10 | J | | |
| 377. | | | | | Sold | 11/12/10 | J | A | |
| 378. Cmn Stk, Diageo PLC | A | Dividend | J | T | Buy | 03/05/10 | J | | |
| 379. | | | | | Sold (part) | 11/17/10 | J | A | |
| 380. Cmn Stk, Walt Disney Co | | None | J | T | Buy | 09/24/10 | J | | |
| 381. | | | | | Buy (add'l) | 10/15/10 | J | | |
| 382. Cmn Stk, Ebay Inc | | None | J | T | Buy | 03/05/10 | J | | |
| 383. | | | | | Sold (part) | 03/17/10 | J | A | |
| 384. | | | | | Buy (add'l) | 05/07/10 | J | | |
| 385. | | | | | Sold (part) | 07/28/10 | J | | |
| 386. | | | | | Sold (part) | 08/20/10 | J | | |
| 387. | | | | | Sold (part) | 10/15/10 | J | A | |
| 388. Cmn Stk, GAP Inc | A | Dividend | | | Buy | 03/24/10 | J | | |
| 389. | | | | | Buy (add'l) | 04/05/10 | J | | |
| 390. | | | | | Buy (add'l) | 05/05/10 | J | | |
| 391. | | | | | Buy (add'l) | 05/18/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 07/20/10 | J | | |
| 393. | | | | | Sold (part) | 09/23/10 | J | | |
| 394. | | | | | Sold | 10/05/10 | J | | |
| 395. Cmn Stk, Gartner, Inc | | None | J | T | Buy | 03/15/10 | J | | |
| 396. | | | | | Buy (add'l) | 04/05/10 | J | | |
| 397. Cmn Stk, Gilead Sciences Inc | | None | | | Buy | 03/05/10 | J | | |
| 398. | | | | | Buy (add'l) | 04/05/10 | J | | |
| 399. | | | | | Sold (part) | 04/23/10 | J | | |
| 400. | | | | | Sold | 04/27/10 | J | | |
| 401. Cmn Stk, Google Inc | | None | J | T | Buy | 03/18/10 | J | | |
| 402. | | | | | Buy (add'l) | 06/14/10 | J | | |
| 403. Cmn Stk, Hanesbrands Inc | | None | J | T | Buy | 07/06/10 | J | | |
| 404. | | | | | Buy (add'l) | 08/03/10 | J | | |
| 405. | | | | | Buy (add'l) | 09/23/10 | J | | |
| 406. | | | | | Buy (add'l) | 12/14/10 | J | | |
| 407. Cmn Stk, Hasbro Inc | A | Dividend | J | T | Buy | 03/18/10 | J | | |
| 408. | | | | | Buy (add'l) | 04/06/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 06/21/10 | J | A | |
| 410. | | | | | Sold (part) | 06/25/10 | J | A | |
| 411. Cmn Stk, HJ Heinz Co | | None | J | T | Buy | 10/12/10 | J | | |
| 412. | | | | | Buy (add'l) | 12/03/10 | J | | |
| 413. Cmn Stk, J Crew Group Inc | | None | | | Buy | 08/25/10 | J | | |
| 414. | | | | | Buy (add'l) | 09/28/10 | J | | |
| 415. | | | | | Buy (add'l) | 10/26/10 | J | | |
| 416. | | | | | Sold | 11/23/10 | J | B | |
| 417. Cmn Stk, Kellogg Company | B | Dividend | J | T | Buy | 03/11/10 | J | | |
| 418. Cmn Stk, McCormick & Co Inc | A | Dividend | | | Buy | 03/22/10 | J | | |
| 419. | | | | | Buy (add'l) | 03/30/10 | J | | |
| 420. | | | | | Sold | 04/15/10 | J | | |
| 421. Cmn Stk, McDonalds Corp | A | Dividend | J | T | Buy | 03/09/10 | J | | |
| 422. | | | | | Sold (part) | 06/08/10 | J | A | |
| 423. | | | | | Sold (part) | 09/23/10 | J | A | |
| 424. Cmn Stk, Nestle | A | Dividend | J | T | Buy | 03/08/10 | J | | |
| 425. Cmn Stk, Paychex Inc | A | Distribution | | | Buy | 05/27/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold | 09/20/10 | J | | |
| 427. Cmn Stk, Scotts Miracle Grow Inc | A | Distribution | J | T | Buy | 04/30/10 | J | | |
| 428. | | | | | Buy (add'l) | 05/04/10 | J | | |
| 429. | | | | | Buy (add'l) | 06/25/10 | J | | |
| 430. Cmn Stk, Scripps NTWK | A | Dividend | J | T | Buy | 03/19/10 | J | | |
| 431. Cmn Stk, Sherwin Williams Co | A | Dividend | | | Buy | 03/19/10 | J | | |
| 432. | | | | | Sold (part) | 06/08/10 | J | A | |
| 433. | | | | | Sold (part) | 06/23/10 | J | A | |
| 434. | | | | | Sold | 06/24/10 | J | A | |
| 435. Cmn Stk, Target Corporation | A | Dividend | J | T | Buy | 06/10/10 | J | | |
| 436. | | | | | Buy (add'l) | 06/25/10 | J | | |
| 437. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 438. | | | | | Buy (add'l) | 09/28/10 | J | | |
| 439. Cmn Stk, Time Warner Inc | A | Dividend | J | T | Buy | 03/05/10 | J | | |
| 440. | | | | | Sold (part) | 04/12/10 | J | A | |
| 441. Cmn Stk, Unilever | A | Dividend | J | T | Buy | 03/15/10 | J | | |
| 442. | | | | | Buy (add'l) | 05/10/10 | J | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                                                    P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)    S =Assessment              T =Cash Market
   (See Column C2)             U =Book Value            V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Cmn Stk, Wal-Mart Stores, Inc | A | Distribution | | | Buy | 03/05/10 | J | | |
| 444. | | | | | Sold (part) | 04/29/10 | J | | |
| 445. | | | | | Sold (part) | 05/05/10 | J | A | |
| 446. | | | | | Sold | 06/07/10 | J | | |
| 447. Cmn Stk, Walgreen Company | | None | J | T | Buy | 11/17/10 | J | | |
| 448. | | | | | Buy (add'l) | 12/31/10 | J | | |
| 449. Cmn Stk, Weight Watchers Intl Inc | | None | | | Buy | 03/05/10 | J | | |
| 450. | | | | | Sold | 03/22/10 | J | A | |
| 451. Cmn Stk, Western Union Company | A | Dividend | J | T | Buy | 11/16/10 | J | | |
| 452. | | | | | Buy (add'l) | 11/22/10 | J | | |
| 453. Cmn Stk, 3M Company | A | Distribution | J | T | Buy | 10/14/10 | J | | |
| 454. | | | | | Buy (add'l) | 11/15/10 | J | | |
| 455. | | | | | Buy (add'l) | 11/29/10 | J | | |
| 456. MM Acct, HS Mgmt Partners (X) | A | Distribution | J | T | | | | | |
| 457. Cmn Stk, Amazon.com Inc | | None | K | T | Buy | 03/04/10 | J | | |
| 458. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 459. | | | | | Sold (part) | 09/29/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mun/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Cmn Stk, Darden Restaurants Inc | A | Dividend | | | Buy | 01/22/10 | J | | |
| 461. | | | | | Buy (add'l) | 01/28/10 | J | | |
| 462. | | | | | Buy (add'l) | 05/03/10 | J | | |
| 463. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 464. | | | | | Sold (part) | 11/10/10 | J | A | |
| 465. | | | | | Sold (part) | 11/11/10 | J | B | |
| 466. | | | | | Sold | 11/12/10 | J | B | |
| 467. Cmn Stk, Anheuser-Busch InBev | A | Dividend | K | T | Buy | 03/18/10 | J | | |
| 468. | | | | | Buy (add'l) | 03/24/10 | J | | |
| 469. | | | | | Buy (add'l) | 04/06/10 | J | | |
| 470. | | | | | Buy (add'l) | 04/20/10 | J | | |
| 471. | | | | | Buy (add'l) | 04/26/10 | J | | |
| 472. | | | | | Sold (part) | 09/30/10 | J | A | |
| 473. Cmn Stk, Walt Disney Co | | None | K | T | Buy | 09/17/10 | J | | |
| 474. | | | | | Buy (add'l) | 09/24/10 | J | | |
| 475. | | | | | Buy (add'l) | 09/27/10 | J | | |
| 476. | | | | | Buy (add'l) | 09/28/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. | | | | | Buy<br>(add'l) | 10/04/10 | J | | |
| 478. | | | | | Sold<br>(part) | 11/17/10 | J | A | |
| 479.  Cmn Stk, GAP Inc | A | Distribution | | | Buy | 03/23/10 | J | | |
| 480. | | | | | Buy<br>(add'l) | 03/24/10 | J | | |
| 481. | | | | | Buy<br>(add'l) | 03/26/10 | J | | |
| 482. | | | | | Buy<br>(add'l) | 04/01/10 | J | | |
| 483. | | | | | Buy<br>(add'l) | 04/06/10 | J | | |
| 484. | | | | | Buy<br>(add'l) | 04/28/10 | J | | |
| 485. | | | | | Buy<br>(add'l) | 04/30/10 | J | | |
| 486. | | | | | Buy<br>(add'l) | 05/12/10 | J | | |
| 487. | | | | | Buy<br>(add'l) | 05/18/10 | J | | |
| 488. | | | | | Buy<br>(add'l) | 06/28/10 | J | | |
| 489. | | | | | Buy<br>(add'l) | 06/29/10 | J | | |
| 490. | | | | | Buy<br>(add'l) | 08/06/10 | J | | |
| 491. | | | | | Sold<br>(part) | 08/19/10 | J | | |
| 492. | | | | | Sold<br>(part) | 09/02/10 | J | | |
| 493. | | | | | Sold<br>(part) | 09/22/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. | | | | | Sold | 10/05/10 | K | | |
| 495. Cmn Stk, Hanesbrands Inc | | None | K | T | Buy | 07/06/10 | J | | |
| 496. | | | | | Buy (add'l) | 07/08/10 | J | | |
| 497. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 498. | | | | | Buy (add'l) | 07/27/10 | J | | |
| 499. | | | | | Buy (add'l) | 08/02/10 | J | | |
| 500. | | | | | Buy (add'l) | 08/03/10 | J | | |
| 501. | | | | | Buy (add'l) | 09/23/10 | J | | |
| 502. | | | | | Buy (add'l) | 12/14/10 | J | | |
| 503. Cmn Stk, HJ Heinz Co | | None | J | T | Buy | 10/08/10 | J | | |
| 504. | | | | | Buy (add'l) | 10/12/10 | J | | |
| 505. | | | | | Buy (add'l) | 12/03/10 | J | | |
| 506. Cmn Stk, J Crew Group Inc | | None | | | Buy | 08/25/10 | J | | |
| 507. | | | | | Buy (add'l) | 08/27/10 | J | | |
| 508. | | | | | Buy (add'l) | 09/01/10 | J | | |
| 509. | | | | | Buy (add'l) | 09/24/10 | J | | |
| 510. | | | | | Buy (add'l) | 10/26/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold (part) | 11/22/10 | J | A | |
| 512. | | | | | Sold | 11/23/10 | K | D | |
| 513.  Cmn Stk, Paychex Inc | A | Dividend | | | Buy | 05/27/10 | J | | |
| 514. | | | | | Buy (add'l) | 06/10/10 | J | | |
| 515. | | | | | Sold (part) | 09/17/10 | J | | |
| 516. | | | | | Sold | 09/20/10 | J | | |
| 517.  Cmn Stk, Scotts Miracle Grow Co | A | Dividend | K | T | Buy | 04/30/10 | J | | |
| 518. | | | | | Buy (add'l) | 05/04/10 | J | | |
| 519. | | | | | Buy (add'l) | 05/07/10 | J | | |
| 520. | | | | | Buy (add'l) | 05/14/10 | J | | |
| 521.  Cmn Stk, Target Corporation | A | Dividend | K | T | Buy | 06/10/10 | J | | |
| 522. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 523. | | | | | Buy (add'l) | 06/24/10 | J | | |
| 524. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 525. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 526. | | | | | Buy (add'l) | 07/13/10 | J | | |
| 527. | | | | | Buy (add'l) | 08/23/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Cmn Stk, Walgreen Company | | None | K | T | Buy | 11/17/10 | J | | |
| 529. | | | | | Buy (add'l) | 11/22/10 | J | | |
| 530. | | | | | Buy (add'l) | 11/29/10 | J | | |
| 531. Cmn Stk, Western Union Company | A | Dividend | K | T | Buy | 11/16/10 | J | | |
| 532. | | | | | Buy (add'l) | 11/17/10 | J | | |
| 533. | | | | | Buy (add'l) | 11/29/10 | J | | |
| 534. | | | | | Buy (add'l) | 12/21/10 | J | | |
| 535. Cmn Stk, 3M Company | A | Dividend | K | T | Buy | 10/14/10 | J | | |
| 536. | | | | | Buy (add'l) | 10/15/10 | J | | |
| 537. | | | | | Buy (add'l) | 11/02/10 | J | | |
| 538. | | | | | Buy (add'l) | 11/10/10 | J | | |
| 539. | | | | | Buy (add'l) | 11/26/10 | J | | |
| 540. Cmn Stk, 3M Co - IRA | A | Dividend | M | T | Buy | 10/13/10 | K | | |
| 541. | | | | | Buy (add'l) | 10/14/10 | J | | |
| 542. | | | | | Buy (add'l) | 10/15/10 | J | | |
| 543. | | | | | Buy (add'l) | 11/02/10 | K | | |
| 544. | | | | | Buy (add'l) | 11/03/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 11/10/10 | J | | |
| 546. | | | | | Buy (add'l) | 11/26/10 | J | | |
| 547. | | | | | Buy (add'l) | 11/29/10 | J | | |
| 548. | | | | | Buy (add'l) | 12/10/10 | J | | |
| 549. Cmn Stk, Amazon.com - IRA | | None | K | T | Buy | 03/04/10 | K | | |
| 550. | | | | | Buy (add'l) | 05/19/10 | J | | |
| 551. | | | | | Buy (add'l) | 06/11/10 | K | | |
| 552. | | | | | Buy (add'l) | 06/14/10 | J | | |
| 553. | | | | | Sold (part) | 09/13/10 | J | A | |
| 554. | | | | | Sold (part) | 09/28/10 | J | A | |
| 555. | | | | | Sold (part) | 09/29/10 | J | A | |
| 556. | | | | | Sold (part) | 10/21/10 | J | B | |
| 557. | | | | | Sold (part) | 12/15/10 | J | C | |
| 558. | | | | | Sold (part) | 12/22/10 | J | C | |
| 559. Cmn Stk, Anheuser-Busch InBev - IRA | A | Dividend | L | T | Buy | 03/18/10 | K | | |
| 560. | | | | | Buy (add'l) | 03/24/10 | J | | |
| 561. | | | | | Buy (add'l) | 03/29/10 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Buy (add'l) | 04/06/10 | J | | |
| 563. | | | | | Buy (add'l) | 04/08/10 | J | | |
| 564. | | | | | Buy (add'l) | 04/16/10 | J | | |
| 565. | | | | | Buy (add'l) | 04/20/10 | J | | |
| 566. | | | | | Buy (add'l) | 04/21/10 | J | | |
| 567. | | | | | Buy (add'l) | 04/26/10 | J | | |
| 568. | | | | | Buy (add'l) | 05/12/10 | J | | |
| 569. | | | | | Sold (part) | 07/08/10 | J | | |
| 570. | | | | | Sold (part) | 07/15/10 | J | A | |
| 571. | | | | | Sold (part) | 07/26/10 | J | A | |
| 572. | | | | | Sold (part) | 09/30/10 | J | A | |
| 573. | | | | | Sold (part) | 10/21/10 | J | A | |
| 574. | | | | | Buy (add'l) | 11/29/10 | J | | |
| 575. | | | | | Buy (add'l) | 12/14/10 | J | | |
| 576. Cmn Stk, Darden Restaurants Inc - IRA | B | Dividend | | | Buy | 01/22/10 | J | | |
| 577. | | | | | Buy (add'l) | 01/27/10 | J | | |
| 578. | | | | | Buy (add'l) | 01/28/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 03/02/10 | J | | |
| 580. | | | | | Buy (add'l) | 05/03/10 | J | | |
| 581. | | | | | Buy (add'l) | 06/09/10 | J | | |
| 582. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 583. | | | | | Sold (part) | 11/08/10 | J | A | |
| 584. | | | | | Sold (part) | 11/10/10 | K | C | |
| 585. | | | | | Sold (part) | 11/11/10 | J | C | |
| 586. | | | | | Sold | 11/12/10 | K | D | |
| 587. Cmn Stk, GAP Inc -IRA | A | Dividend | | | Buy | 03/23/10 | J | | |
| 588. | | | | | Buy (add'l) | 03/24/10 | J | | |
| 589. | | | | | Buy (add'l) | 03/26/10 | J | | |
| 590. | | | | | Buy (add'l) | 04/01/10 | J | | |
| 591. | | | | | Buy (add'l) | 04/06/10 | J | | |
| 592. | | | | | Buy (add'l) | 04/09/10 | J | | |
| 593. | | | | | Buy (add'l) | 04/13/10 | J | | |
| 594. | | | | | Buy (add'l) | 04/28/10 | J | | |
| 595. | | | | | Buy (add'l) | 04/30/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. | | | | | Buy (add'l) | 05/05/10 | J | | |
| 597. | | | | | Buy (add'l) | 05/12/10 | J | | |
| 598. | | | | | Buy (add'l) | 05/18/10 | J | | |
| 599. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 600. | | | | | Buy (add'l) | 06/28/10 | J | | |
| 601. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 602. | | | | | Buy (add'l) | 07/20/10 | J | | |
| 603. | | | | | Buy (add'l) | 08/06/10 | J | | |
| 604. | | | | | Sold (part) | 09/02/10 | J | | |
| 605. | | | | | Sold (part) | 09/22/10 | K | | |
| 606. | | | | | Sold | 10/05/10 | L | | |
| 607. Cmn Stk, HJ Heinz - IRA | A | Dividend | L | T | Buy | 10/08/10 | K | | |
| 608. | | | | | Buy (add'l) | 10/12/10 | J | | |
| 609. | | | | | Buy (add'l) | 11/10/10 | K | | |
| 610. | | | | | Buy (add'l) | 11/22/10 | J | | |
| 611. | | | | | Buy (add'l) | 12/08/10 | J | | |
| 612. Cmn Stk, Hanesbrands Inc - IRA | | None | L | T | Buy | 07/06/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy (add'l) | 07/07/10 | J | | |
| 614. | | | | | Buy (add'l) | 07/08/10 | J | | |
| 615. | | | | | Buy (add'l) | 07/13/10 | J | | |
| 616. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 617. | | | | | Buy (add'l) | 07/27/10 | J | | |
| 618. | | | | | Buy (add'l) | 07/30/10 | J | | |
| 619. | | | | | Buy (add'l) | 08/02/10 | J | | |
| 620. | | | | | Buy (add'l) | 08/03/10 | J | | |
| 621. | | | | | Buy (add'l) | 09/23/10 | J | | |
| 622. | | | | | Buy (add'l) | 09/27/10 | J | | |
| 623. | | | | | Buy (add'l) | 09/28/10 | J | | |
| 624. | | | | | Buy (add'l) | 11/03/10 | J | | |
| 625. | | | | | Buy (add'l) | 12/14/10 | J | | |
| 626. | | | | | Buy (add'l) | 12/16/10 | J | | |
| 627. | | | | | Buy (add'l) | 12/28/10 | J | | |
| 628.  Cmn Stk, J Crew Group Inc - IRA | | None | | | Buy | 08/25/10 | J | | |
| 629. | | | | | Buy (add'l) | 08/26/10 | J | | |

| 1. Income Gain Codes: | A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100.000 | G =$100.001 - $1,000.000 | 111 =$1.000.001 - $5,000.000 | 112 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50.000 | L =$50.001 - $100,000 | M =$100.001 - $250.000 | |
| (See Columns C1 and D3) | N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5,000.000 | P2 =$5,000.001 - $25,000.000 | |
| | P3 =$25,000,001 - $50.000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)"after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 630. | | | | | Buy (add'l) | 08/27/10 | J | | |
| 631. | | | | | Buy (add'l) | 09/01/10 | J | | |
| 632. | | | | | Buy (add'l) | 09/22/10 | J | | |
| 633. | | | | | Buy (add'l) | 09/24/10 | J | | |
| 634. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 635. | | | | | Buy (add'l) | 10/08/10 | J | | |
| 636. | | | | | Buy (add'l) | 10/26/10 | J | | |
| 637. | | | | | Sold (part) | 11/16/10 | J | A | |
| 638. | | | | | Sold | 11/23/10 | L | E | |
| 639. Cmn Stk, Paychex Inc - IRA | A | Distribution | | | Buy | 05/27/10 | K | | |
| 640. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 641. | | | | | Buy (add'l) | 06/09/10 | J | | |
| 642. | | | | | Buy (add'l) | 06/10/10 | J | | |
| 643. | | | | | Buy (add'l) | 07/15/10 | J | | |
| 644. | | | | | Sold (part) | 09/16/10 | J | | |
| 645. | | | | | Sold (part) | 09/17/10 | J | | |
| 646. | | | | | Sold | 09/20/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. Cmn Stk, Scotts Miracle Grow - IRA | A | Dividend | L | T | Buy | 04/30/10 | K | | |
| 648. | | | | | Buy (add'l) | 05/03/10 | J | | |
| 649. | | | | | Buy (add'l) | 05/04/10 | J | | |
| 650. | | | | | Buy (add'l) | 05/07/10 | J | | |
| 651. | | | | | Buy (add'l) | 05/10/10 | J | | |
| 652. | | | | | Buy (add'l) | 05/14/10 | J | | |
| 653. | | | | | Buy (add'l) | 05/25/10 | J | | |
| 654. | | | | | Buy (add'l) | 06/21/10 | J | | |
| 655. | | | | | Sold (part) | 10/28/10 | J | A | |
| 656. | | | | | Sold (part) | 10/29/10 | J | A | |
| 657. Cmn Stk, Target Corp - IRA | B | Dividend | M | T | Buy | 06/10/10 | K | | |
| 658. | | | | | Buy (add'l) | 06/11/10 | J | | |
| 659. | | | | | Buy (add'l) | 06/24/10 | J | | |
| 660. | | | | | Buy (add'l) | 06/29/10 | K | | |
| 661. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 662. | | | | | Buy (add'l) | 07/12/10 | J | | |
| 663. | | | | | Buy (add'l) | 07/13/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 PJ =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy (add'l) | 07/19/10 | J | | |
| 665. | | | | | Buy (add'l) | 08/19/10 | J | | |
| 666. | | | | | Buy (add'l) | 08/23/10 | J | | |
| 667. | | | | | Buy (add'l) | 10/19/10 | J | | |
| 668. | | | | | Buy (add'l) | 11/02/10 | J | | |
| 669. | | | | | Sold (part) | 12/22/10 | J | B | |
| 670. Cmn Stk, Walgreen Co -IRA | | None | L | T | Buy | 11/17/10 | K | | |
| 671. | | | | | Buy (add'l) | 11/19/10 | J | | |
| 672. | | | | | Buy (add'l) | 11/22/10 | J | | |
| 673. | | | | | Buy (add'l) | 11/29/10 | K | | |
| 674. Cmn Stk, Walt Disney Co -IRA | B | Dividend | M | T | Buy | 09/17/10 | K | | |
| 675. | | | | | Buy (add'l) | 09/21/10 | K | | |
| 676. | | | | | Buy (add'l) | 09/24/10 | K | | |
| 677. | | | | | Buy (add'l) | 09/27/10 | K | | |
| 678. | | | | | Buy (add'l) | 09/28/10 | J | | |
| 679. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 680. | | | | | Sold (part) | 11/17/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. Cmn Stk, Western Union Co - IRA | A | Dividend | L | T | Buy | 11/12/10 | J | | |
| 682. | | | | | Buy (add'l) | 11/16/10 | K | | |
| 683. | | | | | Buy (add'l) | 11/17/10 | J | | |
| 684. | | | | | Buy (add'l) | 11/19/10 | J | | |
| 685. | | | | | Buy (add'l) | 11/22/10 | J | | |
| 686. | | | | | Buy (add'l) | 11/29/10 | J | | |
| 687. | | | | | Buy (add'l) | 12/21/10 | J | | |
| 688. | | | | | Buy (add'l) | 12/28/10 | J | | |
| 689. Norwood Mass Mun 5%, 08/15/2013 | A | Interest | K | T | Buy | 06/22/10 | K | | |
| 690. Broward Cnty Fla 5%, 10/01/2017 | A | Interest | K | T | Buy | 07/08/10 | K | | |
| 691. Pittsfield Mass Rfdg St 5%, 03/01/2020 | A | Interest | K | T | Buy | 07/01/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stahl, Norman H. | 05/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Norman H. Stahl**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544